IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TAREYAN COOKS,**

    **Plaintiff,**

v.                                                 **CASE NO. 4:02-cv-00423-SPM-AK**

**G R BRANNEN,**
**et al,**

    **Defendants.**
_____/

## O R D E R

Presently before the Court are the following discovery requests filed by Plaintiff: (1) Request for Admissions (doc. 89); (2) Request for Production of Documents (doc. 90); (3) Interrogatories to Defendant Michael Rathmann (doc. 91); and (4) Additional Interrogatories and Request for Production of Documents (doc. 92).  By Order dated September 18, 2006, Plaintiff was instructed that he must first obtain leave of Court before serving discovery.  (Doc. 83).  Thus, these requests will be construed as motions for discovery and the Court makes the following determinations:

The Request for Admissions (doc. 89) will be deemed served on the Defendants and the time within which a response is to be made shall begin to run from this date.

Request for Production of Documents No. 1 is denied as overly broad.  Plaintiff seeks policies on "staff supervision of inmates at Columbia Correctional Institution," and as written this request could encompass numerous and irrelevant documents.

Request for Production of Documents No. 2 shall be construed as a request for copies of the DOC policy on "staff responses to inmate on inmate threats" and as so

construed shall be deemed served on Defendants on this date and the time within which to respond to said request shall begin to run from this date.

Request No. 3 shall be deemed served on Defendants on this date and the time within which to respond to said request shall begin to run from this date.

Request No. 4 is overly broad and is denied.

Request No. 5 is overly broad and is denied.  Plaintiff is not entitled to another inmate's file.

Request No. 6 is overly broad and is denied.

Request No. 7 is overly broad and is denied.

Request No. 8 is overly broad, irrelevant, and is denied.

Michael Rathmann is no longer a party to this cause and therefore no interrogatories may be served upon him.  He was not a named defendant in the Third Amended Complaint.  (See Doc. 19).  Thus, insofar as Plaintiff seeks leave to serve these interrogatories (doc. 91), the request is denied.

Plaintiff's request to serve additional interrogatories and requests for production of documents shall be GRANTED, except that Request No. 6 shall be construed as requesting the procedures for using a chemical agent on an inmate housed in a cell with another inmate, but the first part of the request shall be ignored since it does not make any sense.

Accordingly, it is

**ORDERED:**

1.  Plaintiff's motion for leave to serve Requests for Admissions (doc. 89) is

**GRANTED**, and the requests are deemed served on this date.

      2.  Plaintiff's motion for leave to serve Requests for Production of Documents (doc. 90) is **GRANTED IN PART** as to Request Nos. 2 and 3, as herein construed, and the time within which to respond shall begin to run from this date.

      3.  Plaintiff's motion for leave to serve interrogatories upon Michael Rathmann (doc. 91) is **DENIED**.

      4.  Plaintiff's motion for leave to serve Additional Interrogatories and Requests for Production of Documents (doc. 92) is **GRANTED**, with the construction herein given to No. 6, and the interrogatories/requests are deemed served on this date.

**DONE AND ORDERED** this _**13**$^{TH}$_ day of November, 2006

                       **s/ A. KORNBLUM**
                       **ALLAN KORNBLUM**
                       **UNITED STATES MAGISTRATE JUDGE**