IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TAREYAN COOKS,

       Plaintiff,

vs.                                       CASE NO.: 4:02cv423-SPM/AK

G. R. BRANNEN, et. al.,

       Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes for consideration upon the magistrate judge's Report and Recommendation dated September 5, 2007 (doc. 143). Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). To date, no objections have been filed.

Having considered the report and recommendation, this Court finds that report and recommendation should be adopted. Accordingly, it is hereby **ORDERED** as follows:

    1.    The magistrate judge's report and recommendation (doc. 143) is adopted and incorporated by reference in this order.

    2.    Defendants' motion for summary judgment (doc. 81) is granted.

3. The clerk shall enter judgment in favor of Defendant.

**DONE AND ORDERED** this twenty-fifth day of September, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge